IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO DONABY,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 04-cv-852-WDS** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 01-cr-30103** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This action comes before the Court on Petitioner's "Motion for Permission to Proceed Pro-Se" (Doc. 8) and Petitioner's motions to supplement the petition (Docs. 4 & 6).

Petitioner's original motion pursuant to section 2255 was filed by an attorney. Despite his representation by counsel, Petitioner filed three motions *pro se* requesting leave to supplement the petition (Docs. 4 & 6) and requesting a status report in the case (Doc. 5). On December 19, 2005, the Court entered an order informing Plaintiff that because he was represented by counsel, he could not file these motions *pro se*. However, Because of the Court's mistaken belief that attorney Rodney Holmes had not been admitted to practice in the District, the Petitioner was ordered to inform the Court whether he intended to proceed *pro se* in the action. Upon further investigation, it was determined that Mr. Holmes was admitted to practice in the District in 1998. The Court sincerely apologizes for the erroneous determination.

In the meantime, however, Petitioner responded to the Court's order with the instant motion (Doc. 8) in which he states that he wishes to proceed without counsel in the matter so that the Court

will consider the three motions filed *pro se*.

Petitioner's motion for permission to proceed pro se (Doc. 8) is **GRANTED**. Accordingly, Petitioner's motions to supplement the petition (Docs. 4 & 6) are also **GRANTED**. The Court will now proceed with its initial review of the petition.

**IT IS SO ORDERED.**

**DATED: April 19, 2006**

                                              **s/ WILLIAM D. STIEHL**
                                                   **DISTRICT JUDGE**